IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:21-cr-141 |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | Conspiracy to Make False Statements in |
| | ) | Connection with Firearms Transactions |
| | ) | (Count 1) |
| KEVIN ANDREW STATON, JR., | ) | |
| | ) | 18 U.S.C. §§ 922(a)(6) & 924(a)(2) |
| Defendant. | ) | False Statement During Purchase of Firearm |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | Criminal Forfeiture |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

From in or about June 2019 to in or about June 2020, within the Eastern District of Virginia and elsewhere, the defendant, KEVIN ANDREW STATON, JR., did knowingly and willfully conspire and agree with other persons both known and unknown to commit offenses against the United States, that is, to acquire firearms as a straw purchaser, by knowingly making false statements and representations with respect to the information required to be kept in the records of federally licensed firearms dealers in connection with the sale of firearms, and in furtherance of said conspiracy, KEVIN ANDREW STATON, JR., falsely represented to such firearms dealers that he was the actual transferee or buyer of forty-five (45) firearms that he was truly purchasing on behalf of known and unknown co-conspirators, in violation of Title 18, United States Code,

1

Sections 922(a)(6) and 924(a)(1)(a).

OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Virginia, namely the purchase of the forty-five (45) firearms listed in the below chart. For each purchase, KEVIN ANDREW STATON, JR., falsely completed an ATF Form 4473 indicating he was the true purchaser.

|   | Date of Purchase | Location of Purchase | Firearm Description | Serial # |
|---|---|---|---|---|
| 1 | 6/6/2019 | Dicks Sporting Goods, Chesapeake, Virginia | Smith and Wesson, SD40 VE | FBL1059 |
| 2 | 6/20/2019 | Bob's Gun Shop, Norfolk, Virginia (hereinafter "Bob's Gun Shop") | Mossberg 715P 22 LR | ETB4354084 |
| 3 | 6/27/2019 | Bob's Gun Shop | American Tactical, Omni Hybrid | NS211732 |
| 4 | 8/6/2019 | Bob's Gun Shop | American Tactical, Omni Hybrid | NS217169 |
| 5 | 8/17/2019 | Chesapeake Pawn and Gun, Chesapeake Virginia (hereinafter "Chesapeake Pawn and Gun") | Taurus G2C | TMD51432 |
| 6 | 9/20/2019 | Chesapeake Pawn and Gun | Taurus G2C | TMT60491 |
| 7 | 9/25/2019 | Chesapeake Pawn and Gun | Taurus G2C | TMD62659 |
| 8 | 10/11/2019 | Chesapeake Pawn and Gun | Glock 23, GEN4 | BAE0066 |
| 9 | 10/26/2019 | Chesapeake Pawn and Gun | Taurus G2C | TMD49511 |
| 10 | 11/9/2019 | Chesapeake Pawn and Gun | Taurus G2C | TMD49190 |
| 11 | 11/13/2019 | Chesapeake Pawn and Gun | Glock 23, GEN4 | BDNP393 |

| 12 | 12/10/2019 | Chesapeake Pawn and Gun | Glock 23, GEN4 | RFE831 |
| 13 | 12/14/2019 | Bob's Gun Shop | Century NAK97 | RONVMB71941807 |
| 14 | 1/9/2020 | Chesapeake Pawn and Gun | Taurus G2C | SMU15283 |
| 15 | 1/24/2020 | Chesapeake Pawn and Gun | Glock 19, GEN3 | NYA656 |
| 16 | 1/30/2020 | Chesapeake Pawn and Gun | Springfield XD9 Defender | AT191002 |
| 17 | 2/8/2020 | Bob's Gun Shop | Riley Defense, RAK | B01695 |
| 18 | 2/21/2020 | Chesapeake Pawn and Gun | Taurus G2C | TMA96947 |
| 19 | 2/21/2020 | Chesapeake Pawn and Gun | Taurus G2C | AAM107678 |
| 20 | 2/21/2020 | Chesapeake Pawn and Gun | Charles Daily HONCHO | 18PU2001170 |
| 21 | 3/31/2020 | Bob's Gun Shop | Glock 22, GEN440 | XHW278 |
| 22 | 4/11/2020 | Bob's Gun Shop | SCCY CPX2 | 880836 |
| 23 | 4/11/2020 | Bob's Gun Shop | SCCY CPX2 | 880835 |
| 24 | 4/16/2020 | Bob's Gun Shop | Glock 23, GEN4 | TVD214 |
| 25 | 4/22/2020 | Bob's Gun Shop | Glock 23, GEN4 | TVD351 |
| 26 | 4/22/2020 | Bob's Gun Shop | Glock 31, GEN3 | GEX943 |
| 27 | 4/24/2020 | Bob's Gun Shop | Glock 21 | GSH322 |
| 28 | 4/24/2020 | Bob's Gun Shop | Glock 23 | VCR386 |
| 29 | 5/7/2020 | Bob's Gun Shop | Glock 31 | GEX925 |
| 30 | 5/7/2020 | Bob's Gun Shop | Glock 31 | GEX959 |
| 31 | 5/7/2020 | Bob's Gun Shop | Glock 21, GEN3 | HGZ443 |
| 32 | 5/7/2020 | Bob's Gun Shop | Springfield XD-40 | US475552 |
| 33 | 5/15/2020 | Superior Pawn and Gun, Virginia Beach, Virginia (hereinafter "Superior Pawn and Gun") | Glock 32 | WFS942 |
| 34 | 5/15/2020 | Superior Pawn and Gun | Century Arms C39V2 | C29P2A04767 |
| 35 | 5/19/2020 | Bob's Gun Shop | Smith and Wesson 4006TSW | BDJ4468 |
| 36 | 5/20/2020 | Superior Pawn and Gun | Glock 22 | HBC868 |
| 37 | 5/20/2020 | Superior Pawn and Gun | Glock 27 GEN4 | BMTR895 |

| 38 | 5/23/2020 | DOA Arms, Virginia Beach, Virginia (hereinafter "DOA Arms") | Canik TP-9SF | 20AT07553 |
|----|-----------|-----------------------------------------------------------|--------------|-----------|
| 39 | 5/23/2020 | DOA Arms | Glock G29 | BMVP117 |
| 40 | 5/24/2020 | Superior Pawn, Norfolk, Virginia | Springfield Armory XD545 | HG144538 |
| 41 | 5/26/2020 | Bob's Gun Shop | FN America 509 | GKS0063017 |
| 42 | 5/26/2020 | Superior Pawn and Gun | Century Arms Micro Draco | PMD-19665-20 |
| 43 | 6/2/2020 | DOA Arms, | Smith and Wesson M&P9EZ | NEY7725 |
| 44 | 6/2/2020 | DOA Arms | Springfield Amory XDE | HE101807 |
| 45 | 6/2/2020 | DOA Arms | Glock G23 | AELR282 |

(All in violation of Title 18, United States Code, Section 371).

COUNT TWO

On or about the 13th day of November 2019, in the Eastern District of Virginia, the defendant, KEVIN ANDREW STATON, JR., in connection with the acquisition of a firearm, Glock, Model 23, .40 caliber semi-automatic pistol, serial number BDNP393 from Chesapeake Pawn and Gun, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Chesapeake Pawn and Gun, which statement was intended and likely to deceive Chesapeake Pawn and Gun, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant falsely represented he was the actual transferee or buyer of the firearm listed on ATF form 4473.

(In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).)

CRIMINAL FORFEITURE

1.     The defendant, if convicted of any of the violations alleged in this criminal information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2.     If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c)).)

UNITED STATES ATTORNEY
JESSICA D. ABER

By:

Graham M. Stolle
Special Assistant U.S. Attorney
John F. Butler
Assistant United States Attorney
Attorneys for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-3205
E-Mail Addresses:     graham.stolle2@usdoj.gov;
                      john.f.butler@usdoj.gov

5