IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED IN OPEN COURT
DEC 17 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN ANDREW STATON, JR.,<br><br>Defendant. | Case No. 2:21-cr-141 |

## STATEMENT OF FACTS

The United States and the defendant, KEVIN ANDREW STATON, JR. ("defendant" or "STATON"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. From at least in or about June 2019 through at least in or about June 2020, in the Eastern District of Virginia and elsewhere, the defendant knowingly engaged in the business of buying and selling forty-five (45) firearms without a license.

2. In furtherance of his unlicensed firearm transactions, the defendant made false official statements on the Alcohol, Tobacco, Firearms, and Explosives ("ATF") Form 4473 ("ATF Form 4473"). The ATF Form 4473 is a Firearm Transaction Form, which is required for the purchase of any firearm from a federally licensed firearm dealer. On each occasion, the defendant stated he was the actual transferee/buyer of the firearm, which was not true because he in fact, purchased these forty-five firearms for other individuals or with the intent to resell. On multiple occasions, the defendant communicated with unindicted co-conspirators regarding specific firearms they wanted the defendant to purchase on their behalf. The defendant, using text messaging, would quote a price to purchase the firearm on their behalf and then through subsequent CashApp transactions, he would receive money consistent with the earlier negotiated prices.

3. On June 2, 2020, ATF special agents recovered six (6) firearms in the defendant's possession. The defendant told the special agents he was making money buying and selling firearms and made the following statements:

    a. "Guns are like money."
    b. "I'm buying them knowing I'm going to be selling them, not for the long term."
    c. "I sell to anybody."
    d. "When I first turned twenty-one, I was buying guns just to sell them."
    e. "That's really how . . . the bulk gun thing started . . . people are so dumb."

4. During the initial encounter with the ATF special agents, the defendant deleted the contents of his phone to prevent agents from reviewing the data. He subsequently agreed to be interviewed by special agents and reset his phone to the last backup that had occurred in October 2019, eight months before he deleted the phone's content. The data between October 2019 and June 2020 was lost.

5. Nineteen (19) of the firearms were acquired from Bob's Gun Shop in the City of Norfolk, Virginia. Fourteen (14) of the firearms were acquired from Chesapeake Pawn and Gun in the City of Chesapeake, Virginia. Five (5) of the firearms were acquired from Superior Pawn and Gun in the City of Virginia Beach, Virginia. Five (5) of the firearms were acquired from DOA Arms in the City of Virginia Beach, Virginia. One (1) firearm was acquired from Superior Pawn, Inc., in the City of Norfolk, Virginia. One (1) firearm was acquired from Dick's Sporting Goods in the City of Chesapeake, Virginia.

6. Fifteen (15) of the forty-five (45) firearms the defendant purchased were recovered from crime scenes in other cities and states. All but one of those firearms had a "time to crime" of less than one year. "Time to Crime" is the time from when a firearm is purchased to the time it is used in a crime or is recovered by Law-Enforcement. Three (3) of the firearms the defendant purchased were recovered directly from the defendant. One (1) firearm was recovered in a hotel



mattress to a sofa bed, and another was found in the grass outside a church. Twenty-five (25) of the firearms the defendant purchased have not been recovered.

The below list represents the forty-five (45) firearms purchased by the defendant between June 2019 and June 2020. The defendant falsely completed an ATF Form 4473 to acquire all of these firearms.

|  | Date of Purchase | Location of Purchase | Firearm Description | Serial # |
|---|---|---|---|---|
| 1 | 6/6/2019 | Dicks Sporting Goods, Chesapeake, Virginia | Smith and Wesson, SD40 VE | FBL1059 |
| 2 | 6/20/2019 | Bob's Gun Shop, Norfolk, Virginia (hereinafter "Bob's Gun Shop") | Mossberg 715P 22 LR | ETB4354084 |
| 3 | 6/27/2019 | Bob's Gun Shop | American Tactical, Omni Hybrid | NS211732 |
| 4 | 8/6/2019 | Bob's Gun Shop | American Tactical, Omni Hybrid | NS217169 |
| 5 | 8/17/2019 | Chesapeake Pawn and Gun, Chesapeake Virginia (hereinafter "Chesapeake Pawn and Gun") | Taurus G2C | TMD51432 |
| 6 | 9/20/2019 | Chesapeake Pawn and Gun | Taurus G2C | TMT60491 |
| 7 | 9/25/2019 | Chesapeake Pawn and Gun | Taurus G2C | TMD62659 |
| 8 | 10/11/2019 | Chesapeake Pawn and Gun | Glock 23, GEN4 | BAE0066 |
| 9 | 10/26/2019 | Chesapeake Pawn and Gun | Taurus G2C | TMD49511 |
| 10 | 11/9/2019 | Chesapeake Pawn and Gun | Taurus G2C | TMD49190 |
| 11 | 11/13/2019 | Chesapeake Pawn and Gun | Glock 23, GEN4 | BDNP393 |



| | | | | |
|---|---|---|---|---|
| 12 | 12/10/2019 | Chesapeake Pawn and Gun | Glock 23, GEN4 | RFE831 |
| 13 | 12/14/2019 | Bob's Gun Shop | Century NAK97 | RONVMB71941807 |
| 14 | 1/9/2020 | Chesapeake Pawn and Gun | Taurus G2C | SMU15283 |
| 15 | 1/24/2020 | Chesapeake Pawn and Gun | Glock 19, GEN3 | NYA656 |
| 16 | 1/30/2020 | Chesapeake Pawn and Gun | Springfield XD9 Defender | AT191002 |
| 17 | 2/8/2020 | Bob's Gun Shop | Riley Defense, RAK | B01695 |
| 18 | 2/21/2020 | Chesapeake Pawn and Gun | Taurus G2C | TMA96947 |
| 19 | 2/21/2020 | Chesapeake Pawn and Gun | Taurus G2C | AAM107678 |
| 20 | 2/21/2020 | Chesapeake Pawn and Gun | Charles Daily HONCHO | 18PU2001170 |
| 21 | 3/31/2020 | Bob's Gun Shop | Glock 22, GEN440 | XHW278 |
| 22 | 4/11/2020 | Bob's Gun Shop | SCCY CPX2 | 880836 |
| 23 | 4/11/2020 | Bob's Gun Shop | SCCY CPX2 | 880835 |
| 24 | 4/16/2020 | Bob's Gun Shop | Glock 23, GEN4 | TVD214 |
| 25 | 4/22/2020 | Bob's Gun Shop | Glock 23, GEN4 | TVD351 |
| 26 | 4/22/2020 | Bob's Gun Shop | Glock 31, GEN3 | GEX943 |
| 27 | 4/24/2020 | Bob's Gun Shop | Glock 21 | GSH322 |
| 28 | 4/24/2020 | Bob's Gun Shop | Glock 23 | VCR386 |
| 29 | 5/7/2020 | Bob's Gun Shop | Glock 31 | GEX925 |
| 30 | 5/7/2020 | Bob's Gun Shop | Glock 31 | GEX959 |
| 31 | 5/7/2020 | Bob's Gun Shop | Glock 21, GEN3 | HGZ443 |
| 32 | 5/7/2020 | Bob's Gun Shop | Springfield XD-40 | US475552 |
| 33 | 5/15/2020 | Superior Pawn and Gun, Virginia Beach, Virginia (hereinafter "Superior Pawn and Gun") | Glock 32 | WFS942 |
| 34 | 5/15/2020 | Superior Pawn and Gun | Century Arms C39V2 | C29P2A04767 |
| 35 | 5/19/2020 | Bob's Gun Shop | Smith and Wesson 4006TSW | BDJ4468 |
| 36 | 5/20/2020 | Superior Pawn and Gun | Glock 22 | HBC868 |



| 37 | 5/20/2020 | Superior Pawn and Gun | Glock 27 GEN4 | BMTR895 |
| 38 | 5/23/2020 | DOA Arms, Virginia Beach, Virginia (hereinafter "DOA Arms") | Canik TP-9SF | 20AT07553 |
| 39 | 5/23/2020 | DOA Arms | Glock G29 | BMVP117 |
| 40 | 5/24/2020 | Superior Pawn, Norfolk, Virginia | Springfield Armory XD545 | HG144538 |
| 41 | 5/26/2020 | Bob's Gun Shop | FN America 509 | GKS0063017 |
| 42 | 5/26/2020 | Superior Pawn and Gun | Century Arms Micro Draco | PMD-19665-20 |
| 43 | 6/2/2020 | DOA Arms, | Smith and Wesson M&P9EZ | NEY7725 |
| 44 | 6/2/2020 | DOA Arms | Springfield Amory XDE | HE101807 |
| 45 | 6/2/2020 | DOA Arms | Glock G23 | AELR282 |

7. On November 13, 2019, the defendant purchased a Glock, Model 23 .40 caliber semi-automatic pistol, with serial number BDNP393. The defendant falsely completed an ATF Form 4473, and in, response to question 11a of the form, "Are you the actual transferee/buyer of the firearm(s) listed on this form?" The defendant checked the box "Yes." This firearm was recovered following a crime on June 4, 2020, in Philadelphia, Pennsylvania. The time to crime was 204 days.

8. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

9. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: December 9, 2021    By: _____
Graham Stolle
Special Assistant United States Attorney
John F. Butler
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, KEVIN ANDREW STATON, JR., and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
KEVIN ANDREW STATON, JR.

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Jon M. Babineau
Attorney for KEVIN ANDREW STATON, JR.

_____
Edward A. Fiorella, Jr.
Attorney for Kevin Andrew Staton, Jr.